Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY KING,<br><br>Defendant. | No. 6:18-MJ-0064-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Jeremy King, by and through his attorney of record, Carol A. Moses, that the status conference in the above-captioned matter set for January 29, 2019 be continued to February 26, 2019 at 10:00 a.m. The discovery in this matter was originally sent to the Federal Defender's Office, and while the paper discovery has since been sent to Ms. Moses, the parties need additional time to transmit and view the video discovery.

Dated: January 22, 2019         /S/ Susan St. Vincent
                                Susan St. Vincent
                                Legal Officer
                                Yosemite National Park

Dated: January 22, 2019          /S/ Carol A. Moses
                                Carol A. Moses
                                Attorney for Defendant
                                Jeremy King

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the January 29, 2019, status conference for Jeremy King, Case *6:18-mj-0064-JDP*, is continued to February 26, 2098, at 10:00 a.m.

IT IS SO ORDERED.

Dated: <u>   January 23, 2019   </u>              _____
                                                                  UNITED STATES MAGISTRATE JUDGE