**CAROL ANN MOSES #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California 93711
Telephone: (559) 449-9069
Facsimile: (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
JEREMY KING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> JEREMY KING, ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 6:18-mj-0064-JDP <br><br> STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA AND SENTENCING; ORDER THEREON <br><br><br> Date: October 9, 2019 (Proposed) <br> Time: 10:00 AM <br> Judge: Hon. Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the Defendant, JEREMY KING, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Trial in the above captioned matter currently scheduled for October 24, 2019 at 10:00 AM in Case No. 6:18-mj-0064-JDP be vacated and the matter be set for a Change of Plea / Sentencing hearing on October 9, 2019 at 10:00 AM.

Dated: October 4, 2019            /s/ Carol Ann Moses____
                                  CAROL ANN MOSES
                                  Attorney for Defendant,
                                  JEREMY KING

Dated: October 4, 2019                    /s/ Susan St. Vincent
                                          SUSAN ST. VINCENT
                                          Legal Officer for the National Park Service

ORDER

The above request is granted. Defendant's trial, currently scheduled for October 24, 2019 at 10:00 AM in case no. 6:18-mj-0064-JDP, is vacated and the matter is set for a change of plea / sentencing hearing on October 9, 2019 at 10:00 AM.

IT IS SO ORDERED.

Dated: __October 7, 2019__  _____
UNITED STATES MAGISTRATE JUDGE