Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number:  6:18-mj-00064-JDP |
|---|---|
| Plaintiff, | |
| JEREMY KING, | **MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |
| Defendant. | |

The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for September 2, 2020 and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on October 10, 2019.

.

Dated:  August 27, 2020          /S/ Sean Anderson__
                                 Sean O. Anderson
                                 Legal Officer
                                 Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for February 25, 2020 in the above referenced matter, *United States v. King*, 6:18-mj-00064-JDP, be vacated and probation terminated.

IT IS SO ORDERED.

Dated:   August 28, 2020                                           _____
                                                                                          UNITED STATES MAGISTRATE JUDGE

2